UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| S.J.,<br><br>Plaintiff,<br>v.<br><br>Harrisburg Hershey Hospitality, LLC d/b/a Holiday Inn Express Harrisburg East-Hershey Area by IHG; et al.,<br><br>Defendants. | 4:02-at-06000 |

AFFIDAVIT OF SERVICE

I, Stephanie Kraft, an adult over the age of eighteen without conflict of interest in the above captioned case, state that I served the Summons and Complaint with Jury Demand to **Divine Management, LLC c/o Jigar Patel.** The service details are below:

| | |
|---|---|
| Service Date: | Monday, November 3, 2026 |
| Service Time: | 5:54 p.m. |
| Service Address: | 5100 Leeward Rd, Bensalem, PA 19020 |
| Service Method: | Personal service by hand delivering to Jigar Patel, President. |

I verify that the statements made in this Affidavit are true and correct to the best of my knowledge and belief. I understand that false statements herein are made subject to the penalties relating to unsworn falsification to authorities.

Subscribed and sworn to before me this 3rd day of November 2026:

Notary Public

Stephanie Kraft, Process Server
120 S 21st Street #512
Philadelphia, PA 19103
484-222-0732

Commonwealth of Pennsylvania - Notary Seal
ADAM ROSS BAILEY - Notary Public
Lehigh County
My Commission Expires March 2, 2030
Commission Number 1467236