**IN THE UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **S.J.** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| | : | |
| v. | : | No. 1:25-cv-02123 |
| | : | |
| | : | |
| **HARRISBURG HERSHEY** | : | |
| **HOSPITALITY, LLC D/B/A HOLIDAY** | : | |
| **INN EXPRESS HARRISBURG EAST-** | : | |
| **HERSHEY AREA BY IHG, ET. AL.** | : | |
| Defendants | : | JURY TRIAL DEMANDED |

**PLAINTIFF'S MOTION FOR LEAVE TO WITHDRAW ATTORNEY J. ALEX MARCINKO**

AND NOW, comes Plaintiff, S.J., by and through undersigned counsel, respectfully moves this Honorable Court, pursuant to **Local Rule 83.15**, for leave to withdraw attorney J. Alex Marcinko as attorney of record for Plaintiff. Plaintiff is still represented by attorneys Nathaniel Foote, Ashley Ventrillo, and Kelsie Overton.

Respectfully Submitted,

DATE: 11/20/2026

*/s/ J. Alexander Marcinko*
J. Alexander Marcinko, Esq.
Nathaniel Foote, Esq.
Ashley Ventrillo, Esq.

Kelsie Overton, Esq.
Andreozzi + Foote
4503 North Front Street
Harrisburg, PA 17110
(t) (717) 525-9124
(f) (717) 525-9143

*Attorneys for Plaintiff*

**CERTIFICTATE OF SERVICE**

I hereby certify that the foregoing document was served upon all attorneys of record via this Court's CM/ECF filing system.

Dated: 11/20/2026 *s/J. Alexander Marcinko*